# Court of Appeals
# of the State of Georgia

ATLANTA,   July 19, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2184.  WILTON SCHWEITZER v. THE STATE.**

Wilton Schweitzer filed this direct appeal from the denial of his extraordinary motion for new trial.  However, orders denying extraordinary motions for new trial must be appealed by application for discretionary appeal. OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Schweitzer's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/19/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*